| | |
|---|---|
| 1 | MICHAEL TUBACH (S.B. #145955) |
| | O'MELVENY & MYERS LLP |
| 2 | Embarcadero Center West |
| | 275 Battery Street |
| 3 | San Francisco, CA 94111-3305 |
| | Telephone: (415) 984-8700 |
| 4 | Facsimile: (415) 984-8701 |
| 5 | Attorneys for Defendants Crompton Corporation and |
| | Uniroyal Chemical Company, Inc. |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| Caterpillar Inc., Carlisle Companies Incorporated, Carlisle Corporation, Carlisle Syntec Incorporated, Carlisle Tire & Wheel Company, Carlisle Engineered Products, Inc., and Carlisle Power Transmission Products, Inc., | Case No. 3:05-cv-02224 MJJ |
| Plaintiffs, | **STIPULATION TO EXTEND TIME FOR CROMPTON CORPORATION AND UNIROYAL CHEMICAL COMPANY, INC. TO RESPOND TO COMPLAINT** |
| v. | |
| Crompton Corporation and Uniroyal Chemical Company, Inc. | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Defendants Crompton Corporation and Uniroyal Chemical Company, Inc. (collectively "Crompton") and Plaintiffs Caterpillar Inc., Carlisle Companies Incorporated, Carlisle Corporation, Carlisle Syntec Incorporated, Carlisle Tire & Wheel Company, Carlisle Engineered Products, Inc., and Carlisle Power Transmission Products, Inc. (collectively "Caterpillar") as follows:

WHEREAS, Caterpillar filed its Complaint against Crompton on June 1, 2005, and served Crompton on June 9, 2005;

STIPULATION AND [PROPOSED] ORDER RE
CROMPTON'S RESPONSE TO COMPLAINT
3:05-CV-02224 MJJ

WHEREAS, Crompton is currently scheduled to respond to Caterpillar's Complaint by August 9, 2005;

WHEREAS, Crompton and Caterpillar have agreed to an additional thirty-day extension for Crompton to move or otherwise plead in response to Caterpillar's Complaint;

NOW THEREFORE, pursuant to Civil Local Rule 6-1, the parties hereby stipulate as follows:

Defendants Crompton Corporation and Uniroyal Chemical Company, Inc. shall answer or otherwise respond to the Complaint of Caterpillar Inc., Carlisle Companies Incorporated, Carlisle Corporation, Carlisle Syntec Incorporated, Carlisle Tire & Wheel Company, Carlisle Engineered Products, Inc., and Carlisle Power Transmission Products, Inc. on or before September 8, 2005.

IT IS SO STIPULATED.

Dated: August 9, 2005

MICHAEL TUBACH
O'MELVENY & MYERS LLP


By: /s/ Michael Tubach
Michael Tubach
Attorneys for Defendants Crompton Corporation and Uniroyal Chemical Company, Inc.

Dated: August 9, 2005

DANIEL S. MASON
ZELLE, HOFFMAN, VOELBEL, MASON & GETTE LLP


By: /s/ Daniel S. Mason
Daniel S. Mason
Attorneys for Plaintiffs Caterpillar Inc., Carlisle Companies Incorporated, Carlisle Corporation, Carlisle Syntec Incorporated, Carlisle Tire & Wheel Company, Carlisle Engineered Products, Inc., and Carlisle Power Transmission Products, Inc.

I attest under penalty of perjury that concurrence in the filing of this document has been obtained from Daniel S. Mason.

Dated: August 9, 2005

MICHAEL TUBACH
O'MELVENY & MYERS LLP


By: /s/ Michael Tubach
Michael Tubach
Attorney for Defendants Crompton Corporation and Uniroyal Chemical Company, Inc.


[~~PROPOSED~~] **ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 8/10/2005

_____
Honorable Martin
United States

*(Seal: United States District Court, Northern District of California, Judge Martin J. Jenkins)*

STIPULATION AND [PROPOSED] ORDER RE
CROMPTON'S RESPONSE TO COMPLAINT
3:05-CV-02224 MMC

- 3 -