**FILED**

MAY 0 2 2006

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE RUBBER CHEMICALS ANTITRUST LITIGATION | Master Docket No. C-04-1648 (MJJ) |
| | **ORDER OF DISMISSAL, WITH PREJUDICE, OF PLAINTIFFS' CLAIMS AGAINST THE CROMPTON DEFENDANTS** |
| THIS DOCUMENT RELATES TO: | |
| *Caterpillar Inc., et al. v. Crompton Corp., et al.* | Case No. 05-2224 |

This cause is before the Court, pursuant to Fed.R.Civ.P. 41, on the Stipulation of Plaintiffs Caterpillar Inc., Carlisle Companies Incorporated, Carlisle Corporation, Carlisle SynTec Incorporated, Carlisle Tire & Wheel Company, Carlisle Engineered Products, Inc., and Carlisle Power Transmission Products, Inc. ("Plaintiffs") and Defendants Crompton Corporation (n/k/a Chemtura Corporation) and Uniroyal Chemical Company ("Defendants") to dismiss, with prejudice, Plaintiffs' claims in this case against Defendants. The Court has considered the Stipulation, the record in this case, and being otherwise advised, it is

1

C-05-2224 Order of Dismissal

1  Ordered and Adjudged that the foregoing Stipulation of Plaintiffs and Defendants to
2  dismiss, with prejudice, Plaintiffs' claims in this case against Defendants be and the same is
3  Accepted and Approved. It is therefore
4  Ordered and Adjudged that Plaintiffs claims in this case against Defendants be and
5  
6  the same are dismissed, with prejudice, each side to bear its own attorneys' fees and costs.
7  Done and Ordered in Chambers in San Francisco, California this _2_ day of
8  __May__, 2006

   _____
   United States District Judge

14  3161317v1

---

2

C-05-2224 Order of Dismissal

## CERTIFICATE OF OF SERVICE

I hereby certify that on April 28, 2006, a copy of the foregoing Stipulation of Dismissal, With Prejudice, of Plaintiffs' Claims Against the Crompton Defendants was filed electronically with the Court. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing system.

_____
Daniel S. Mason

3161316v1

---

4

C-05-2224 Stipulation of Dismissal